DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GRACE NORWICH,**
Appellant,

v.

**ROBERT SCARMAZZO** and **AM PM INVESTMENTS 2, LLC** d/b/a
**RE/MAX ISLAND PROPERTIES,**
Appellees.

No. 4D2024-3348

[January 22, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 50-2020-CA-006646-XXXX-MB.

Gary J. Nagle of Law Office of Gary J. Nagle, Juno Beach, for appellant.

Therese A. Savona of Cole, Scott & Kissane, P.A., Orlando, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***